FILED
IN OPEN COURT
JUL 29 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# United States District Court

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

DENNIS L. GIL BERNARDEZ,
JOSE M. AGUILAR ORANTES,
CARLOS B. GUZMAN CRUZ

VERDICT

CRIMINAL NO.: 1:09CR216

**WE, THE JURY, FIND THE DEFENDANT, DENNIS L. GIL BERNARDEZ:**

As to Count 1, Conspiracy to Commit Assault with a Dangerous Weapon in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 2, Conspiracy to Commit Murder in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 3, Attempted Murder in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 4, Attempted Murder in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

Case 1:09-cr-00216-LMB  Document 62  Filed 07/29/09  Page 2 of 6 PageID# 278

JURY VERDICT
RE: 1:09CR216
Page 2

As to Count 5, Attempted Murder in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 6, Assault with a Dangerous Weapon in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 7, Assault with a Dangerous Weapon in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 8, Assault with a Dangerous Weapon in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 9, Use and Discharge of Firearm During a Crime of Violence:

_____ Not Guilty

\_\_\_✓_____ Guilty

JURY VERDICT
RE: 1:09CR216
Page 3

As to Count 10, Use and Discharge of Firearm During a Crime of Violence:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

As to Count 11, Use and Discharge of Firearm During a Crime of Violence:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

As to Count 12, Illegal Alien in Possession of Firearm:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

**WE, THE JURY, FIND THE DEFENDANT, JOSE M. AGUILAR ORANTES:**

As to Count 1, Conspiracy to Commit Assault with a Dangerous Weapon in Aid of Racketeering:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

As to Count 2, Conspiracy to Commit Murder in Aid of Racketeering:

_____ Not Guilty

\_\_\_\_✓_____ Guilty

JURY VERDICT
RE: 1:09CR216
Page 4

As to Count 3, Attempted Murder in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

As to Count 4, Attempted Murder in Aid of Racketeering:

\_\_\_✓\_\_\_\_\_ Not Guilty

_____ Guilty

As to Count 5, Attempted Murder in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

As to Count 6, Assault with a Dangerous Weapon in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

As to Count 7, Assault with a Dangerous Weapon in Aid of Racketeering:

\_\_\_✓\_\_\_\_\_ Not Guilty

_____ Guilty

As to Count 8, Assault with a Dangerous Weapon in Aid of Racketeering:

_____ Not Guilty

\_\_\_✓\_\_\_\_\_ Guilty

JURY VERDICT
RE: 1:09CR216
Page 5

As to Count 9, Use and Discharge of Firearm During a Crime of Violence:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 11, Use and Discharge of Firearm During a Crime of Violence:

_____ Not Guilty

\_\_\_✓_____ Guilty

**WE, THE JURY, FIND THE DEFENDANT, CARLOS B. GUZMAN CRUZ:**

As to Count 13, Accessory After the Fact:

_____ Not Guilty

\_\_\_✓_____ Guilty

As to Count 14, Accessory After the Fact:

_____ Not Guilty

\_\_\_✓_____ Guilty

JURY VERDICT
RE: 1:09CR216
Page 6

As to Count 15: Illegal Alien in Possession of Firearm:

_____ Not Guilty

✓ Guilty

███████████████        7/29/09
Foreperson's Signature        Date